KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL

The appeal by the defendant (SC 16898) was ordered dismissed by the Supreme Court, sua sponte, on the ground that certification was improvidently granted.

Decided November 20, 2003

LEGA SICILIANA SOCIAL CLUB, INC. *v.* ROBERT ST. GERMAINE, SR.

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 846 (AC 23071), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Alvin Rosenbaum,* in opposition.

Decided December 8, 2003

STATE OF CONNECTICUT *v.* KERMIT ELLISON

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 591 (AC 21823), is denied.

*Darcy McGraw,* special public defender, in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided December 8, 2003